# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRISTOL, A. J. | US BANKRUPTCY SOUTHERN FLORIDA | 8/5/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE EMERITUS | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

CHAMBERS 1412
51 SW FIRST AVENUE
MIAMI, FLORIDA 33130-1669

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of the Board | American Red Cross, Greater Miami & Keys Chapter |
| 2. Judicial Director | University of Miami School of Law |
| 3. Trustee | Trust #1 |
| 4. Personal Representative | Estate #1 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/03-05 | Grand Cayman, Cayman Islands | Educational seminar or program | Air, Hotel, meals |
| 2. | Eleventh Circuit Judicial Conference | 04/27-29 | Orlando, FL | Circuit Judicial Conference | Hotel, Meals |
| 3. | Bankruptcy Bar Assiciation | 05/05-08 | Naples, FL | Educational seminar or program | Hotel, meals |
| 4. | Federal Judicial Center | 08/02-05 | Portland, OR | Educational seminar or program | Air, Hotel, Meals |
| 5. | Federal Judicial Center | 08/22-25 | Indianapolis, IN | Educational seminar or program | Air, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | George Mason Univeristy School of Law | 09/18-23 | Arlington,VA | Educational seminar or program | Air, Hotel, Meals |
| 7. | National Conference of Bankruptcy Judges | 10/11-16 | Tampa, FL | Educational seminar or program | Hotel, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JEDS | B | Distribution | | | Closed | 12/31/11 | J | | |
| 2. Volusia County | B | Interest | | | Donated | | | | |
| 3. General Electric | A | Dividend | K | T | | | | | |
| 4. General Electric | C | Dividend | M | T | Buy (add'l) | 08/09/11 | K | | |
| 5. Florida State Board Education | B | Interest | K | T | | | | | |
| 6. Florida State Board Education | B | Interest | K | T | | | | | |
| 7. Hospitality Properties | A | Dividend | J | T | | | | | |
| 8. Municipal Mortgage | A | Interest | K | T | | | | | |
| 9. JEA Water | A | Interest | | | Donated | | | | |
| 10. Osceola School | A | Interest | | | Donated | | | | |
| 11. Volusia County | B | Interest | | | Donated | | | | |
| 12. Florida State Board of Education | B | Interest | | | Donated | | | | |
| 13. Alliance National | A | Dividend | K | T | Buy (add'l) | 08/15/11 | J | | |
| 14. Alliance National | B | Interest | K | T | | | | | |
| 15. Alliance National | A | Interest | J | T | | | | | |
| 16. Florida State Board of Education | B | Interest | | | Donated | | | | |
| 17. Johnson&Johnson | B | Dividend | | | Sold | 12/23/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Reserve Fund | A | Dividend | J | T | | | | | |
| 19. Gramercy Capital Corp. | | None | | | Sold | 12/01/11 | J | A | |
| 20. U of North Florida | B | Interest | | | Donated | | | | |
| 21. Blackrock | B | Dividend | J | T | | | | | |
| 22. Putnam | A | Dividend | | | Buy (add'l) | 05/09/11 | J | | |
| 23. Putnam | A | Dividend | | | Donated | | | | |
| 24. BB&T Capital | C | Interest | | | Buy (add'l) | 02/14/11 | J | | |
| 25. BB&T Capital | C | Interest | | | Buy (add'l) | 08/12/11 | J | | |
| 26. BB&T Capital | C | Interest | | | Donated | | | | |
| 27. Miami-Dade County | B | Interest | | | Donated | | | | |
| 28. Lee County | B | Interest | K | T | | | | | |
| 29. Tampa | A | Interest | K | T | | | | | |
| 30. Golden Beach | B | Interest | K | T | | | | | |
| 31. Florida State Education | B | Interest | K | T | | | | | |
| 32. Miami-Dade Aviation | B | Interest | K | T | | | | | |
| 33. Cohen & Steers | C | Dividend | K | T | | | | | |
| 34. Bay County | B | Interest | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Orange County | B | Interest | K | T | | | | | |
| 36. Merck | C | Dividend | M | T | Buy (add'l) | 01/26/11 | K | | |
| 37. Merck | C | Dividend | M | T | Buy (add'l) | 08/01/11 | K | | |
| 38. Elbit | A | Dividend | J | T | | | | | |
| 39. Pfizer | A | Dividend | | | Sold | 04/20/11 | K | C | |
| 40. AT&T | B | Dividend | K | T | Buy (add'l) | 08/15/11 | K | | |
| 41. Kraft | A | Dividend | K | T | | | | | |
| 42. Missouri | B | Interest | K | T | | | | | |
| 43. Puerto Rico Comnwlth | B | Interest | K | T | | | | | |
| 44. Exxon Mobile Corp (X) | | None | | | Buy | 11/14/11 | K | | |
| 45. Exxon Mobile Corp (X) | | None | | | Sold | 12/23/11 | K | C | |
| 46. Home Depot Inc(X) | A | Dividend | | | Buy | 08/09/11 | K | | |
| 47. Home Depot Inc(X) | A | Dividend | | | Sold | 11/14/11 | K | D | |
| 48. Dow Chemical (X) | A | Dividend | K | T | Buy | 08/09/11 | K | | |
| 49. Apple Inc(X) | | None | K | T | Buy | 09/06/11 | K | | |
| 50. Southern Copper(X) | | None | K | T | Buy | 11/15/11 | K | | |
| 51. Transocean LTD(X) | | None | K | T | Buy | 12/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. North Sumter Cnty Util (X) | B | Interest | | | Buy | 02/17/11 | K | | |
| 53. North Sumter Cnty Util (X) | B | Interest | | | Donated | | | | |
| 54. LRR Energy LP Com(X) | | None | K | T | Buy | 12/29/11 | K | | |
| 55. Trust #1 | G | Dividend | P2 | T | | | | | |
| 56. Trust#1 | F | Interest | P2 | T | | | | | |
| 57. Trust#1 | D | Distribution | P2 | T | | | | | |
| 58. City of Jacksonville | | | | | | | | | |
| 59. Orange County | | | | | | | | | |
| 60. Abbott Labs | | | | | Sold | 10/05/11 | K | D | |
| 61. Johnson&Johnson | | | | | Sold | 11/21/11 | L | F | |
| 62. FL ST BD | | | | | | | | | |
| 63. Wal Mart | | | | | | | | | |
| 64. Coca-Cola | | | | | | | | | |
| 65. Florida State | | | | | | | | | |
| 66. Dade County | | | | | | | | | |
| 67. Jacksonville Electric | | | | | | | | | |
| 68. FSU Financial | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson&Johnson | | | | | | | | | |
| 70. Diebold, Inc. | | | | | Sold | 08/15/11 | J | C | |
| 71. Texas Instruments | | | | | Sold | 08/18/11 | K | E | |
| 72. Dade County S/O | | | | | | | | | |
| 73. Tampa Utilities Zero | | | | | | | | | |
| 74. Beckman Coulter | | | | | Sold | 06/27/11 | K | D | |
| 75. Dupont | | | | | Sold | 12/02/11 | J | A | |
| 76. Home Depot | | | | | Buy (add'l) | 08/09/11 | K | | |
| 77. Home Depot | | | | | Sold | 11/14/11 | K | D | |
| 78. General Electric | | | | | Buy (add'l) | 08/09/11 | K | | |
| 79. General Electric | | | | | Buy (add'l) | 09/07/11 | K | | |
| 80. General Electric | | | | | Sold | 10/21/11 | L | B | |
| 81. Miami Beach Health | | | | | Sold | 11/04/11 | L | D | |
| 82. Walt Disney | | | | | | | | | |
| 83. SunTrust | | | | | Sold | 08/26/11 | J | A | |
| 84. Ebay | | | | | | | | | |
| 85. Dell | | | | | Sold | 07/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sara Lee | | | | | | | | | |
| 87. Oracle | | | | | | | | | |
| 88. Citiplace | | | | | | | | | |
| 89. Alcoa | | | | | | | | | |
| 90. Miami-Dade Public Safety | | | | | | | | | |
| 91. Automatic Data | | | | | | | | | |
| 92. Target | | | | | | | | | |
| 93. Procter&Gamble | | | | | | | | | |
| 94. Altera Corp. | | | | | Sold | 08/15/11 | J | B | |
| 95. Xilinx | | | | | Sold | 07/18/11 | J | A | |
| 96. Tampa Health | | | | | Sold | 12/08/11 | L | D | |
| 97. Tampa Health | | | | | Sold | 11/22/11 | M | C | |
| 98. Dell | | | | | | | | | |
| 99. Aetna, Inc. | | | | | Sold | 08/26/11 | J | D | |
| 100. SWA | | | | | | | | | |
| 101. Hospitality Properties | | | | | | | | | |
| 102. Miami-Dade | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▨ Walgreens | | | | | Sold | 08/26/11 | J | A | |
| 104. ▨ Tampa | | | | | Sold | 5/18/11 | K | A | |
| 105. ▨ Tampa Health | | | | | | | | | |
| 106. ▨ JP Morgan Chase | | | | | Sold | 9/7/11 | J | A | |
| 107. ▨ Smucker | | | | | | | | | |
| 108. ▨ GE | | | | | | | | | |
| 109. ▨ Motorola | | | | | Sold | 07/18/11 | K | C | |
| 110. ▨ Home Depot | | | | | | | | | |
| 111. ▨ St. Joe Paper | | | | | | | | | |
| 112. ▨ Home Depot | | | | | | | | | |
| 113. ▨ Dillard | | | | | Sold | 06/14/11 | K | B | |
| 114. ▨ Alliant Technologies | | | | | Sold | 08/9/11 | J | B | |
| 115. ▨ Bed, Bath, &Beyond | | | | | | | | | |
| 116. ▨ Allied Defense | | | | | | | | | |
| 117. ▨ Wells Fargo | | | | | Sold | 07/18/11 | K | A | |
| 118. ▨ Dillard Department | | | | | Sold | 08/11/11 | J | A | |
| 119. ▨ Plum Creek | | | | | Sold | 12/08/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. T. Rowe Price Fund | | | | | Buy (add'l) | 12/16/11 | J | | |
| 121. Palm Beach | | | | | | | | | |
| 122. Hillsborough | | | | | | | | | |
| 123. Hillsborough | | | | | Sold (part) | 12/02/11 | K | B | |
| 124. Municipal Mortgage | | | | | | | | | |
| 125. Municipal Mortgage | | | | | | | | | |
| 126. St. John's County | | | | | | | | | |
| 127. Macquarie | | | | | | | | | |
| 128. BFC Financial | | | | | | | | | |
| 129. John Hancock | | | | | Sold | 05/03/11 | K | A | |
| 130. Palm Beach Health | | | | | Sold | 11/22/11 | M | A | |
| 131. Biomed Realty | | | | | | | | | |
| 132. Ingersoll | | | | | | | | | |
| 133. Microsoft | | | | | Sold | 07/18/11 | K | B | |
| 134. Orange County | | | | | Sold | 12/20/11 | K | C | |
| 135. Thornburg | | | | | | | | | |
| 136. Kimberly Clark | | | | | Sold | 07/18/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Neehah Paper | | | | | Sold | 06/08/11 | J | A | |
| 138. Helios | | | | | | | | | |
| 139. Eaton Vance | | | | | | | | | |
| 140. Six Flags | | | | | Sold (part) | 06/08/11 | L | A | |
| 141. US West | | | | | Sold | 08/12/11 | K | B | |
| 142. General Motors | | | | | Sold (part) | 04/25/11 | K | A | |
| 143. General Motors | | | | | Sold (part) | 05/06/11 | J | A | |
| 144. General Motors | | | | | Sold (part) | 08/04/11 | J | A | |
| 145. General Motors | | | | | Sold (part) | 11/16/11 | J | A | |
| 146. General Motors | | | | | Sold (part) | 04/25/11 | J | A | |
| 147. General Motors | | | | | Sold (part) | 08/04/11 | J | A | |
| 148. General Motors | | | | | Sold (part) | 11/16/11 | J | A | |
| 149. PHH Corp. | | | | | Sold | 06/08/11 | J | A | |
| 150. Alcoa | | | | | | | | | |
| 151. Chicos | | | | | | | | | |
| 152. Exxon Mobil | | | | | | | | | |
| 153. Wells Fargo | | | | | Sold | 12/08/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cisco | | | | | Sold | 06/08/11 | J | A | |
| 155. Conagra | | | | | Sold | 06/08/11 | J | A | |
| 156. Intel | | | | | Sold | 08/26/11 | L | E | |
| 157. LennarA | | | | | | | | | |
| 158. Clorox | | | | | Sold | 06/08/11 | K | C | |
| 159. General Motors | | | | | | | | | |
| 160. AK Steel | | | | | | | | | |
| 161. Toys R Us | | | | | Sold | 06/14/11 | L | A | |
| 162. General Motors | | | | | Sold (part) | 04/25/11 | J | A | |
| 163. General Motors | | | | | Sold (part) | 08/04/11 | J | A | |
| 164. General Motors | | | | | Sold (part) | 11/16/11 | J | A | |
| 165. Bank of America | | | | | | | | | |
| 166. Putnam High Yield Fund | | | | | | | | | |
| 167. Aberdeen Asia | | | | | | | | | |
| 168. Ford Motor | | | | | Buy (add'l) | 12/09/11 | K | | |
| 169. Amscan Holdings | | | | | Sold | 6/14/11 | K | A | |
| 170. Solo Cup | | | | | Sold | 05/03/11 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Watsco | | | | | | | | | |
| 172. Jo-Ann Stores | | | | | Sold | 3/29/11 | K | D | |
| 173. William Lyon | | | | | Sold (part) | 06/14/11 | L | E | |
| 174. William Lyon | | | | | Sold | 6/15/11 | L | F | |
| 175. Unisys | | | | | Sold (part) | 06/08/11 | J | A | |
| 176. Unisys | | | | | Sold | 06/14/11 | L | C | |
| 177. Agilysys | | | | | | | | | |
| 178. Suncor | | | | | | | | | |
| 179. AMR Corp. | | | | | Sold | 6/14/11 | J | A | |
| 180. Heico | | | | | | | | | |
| 181. MEMC Electronics | | | | | | | | | |
| 182. Claymore | | | | | | | | | |
| 183. Best Buy | | | | | Sold | 11/04/11 | J | A | |
| 184. Bristol Myers | | | | | Sold (part) | 09/07/11 | J | A | |
| 185. Dow Chemical | | | | | Buy (add'l) | 08/09/11 | K | | |
| 186. Dow Chemical | | | | | Sold | 11/18/11 | K | A | |
| 187. Goldman Sachs | | | | | Sold | 08/01/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Deluxe Corp. | | | | | Sold | 06/14/11 | K | C | |
| 189. Wyndam | | | | | Sold | 06/08/11 | J | A | |
| 190. Ladenburg | | | | | Sold | 11/29/11 | K | D | |
| 191. Hanesbrands | | | | | | | | | |
| 192. Teekay Offshore Fund | | | | | | | | | |
| 193. Nova Star | | | | | | | | | |
| 194. Nucor | | | | | | | | | |
| 195. AT&T | | | | | | | | | |
| 196. Travel Centers | | | | | | | | | |
| 197. Tobacco Settlement | | | | | | | | | |
| 198. Occidental Petro | | | | | Buy (add'l) | 08/11/11 | K | | |
| 199. Occidental Petro | | | | | Buy (add'l) | 08/12/11 | K | | |
| 200. Occidental Petro | | | | | Buy (add'l) | 08/25/11 | K | | |
| 201. Occidental Petro | | | | | Buy (add'l) | 08/26/11 | K | | |
| 202. Occidental Petro | | | | | Buy (add'l) | 10/20/11 | L | | |
| 203. Occidental Petro | | | | | Buy (add'l) | 10/21/11 | L | | |
| 204. Occidental Petro | | | | | Buy (add'l) | 11/01/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Occidental Petro | | | | | Buy (add'l) | 11/23/11 | M | | |
| 206. Occidental Petro | | | | | Sold (part) | 10/28/11 | M | E | |
| 207. Occidental Petro | | | | | Sold (part) | 11/07/11 | M | E | |
| 208. Broadridge Financial | | | | | | | | | |
| 209. Opko Health | | | | | | | | | |
| 210. James River | | | | | | | | | |
| 211. HCA | | | | | Sold | 6/14/11 | K | C | |
| 212. RSC Holdings | | | | | | | | | |
| 213. William Lyon | | | | | | | | | |
| 214. Six Flags | | | | | | | | | |
| 215. Spectrum | | | | | Sold | 06/14/11 | K | A | |
| 216. Six Flags | | | | | | | | | |
| 217. Pioneer Municipal Fund | | | | | | | | | |
| 218. Applied Energetics, Inc. | | | | | | | | | |
| 219. Lazard Global | | | | | | | | | |
| 220. EMC | | | | | Sold | 08/09/11 | J | B | |
| 221. Continental Air | | | | | Sold (part) | 06/16/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Continental Air | | | | | Sold | 08/09/11 | K | B | |
| 223. US Concrete | | | | | | | | | |
| 224. Harrahs | | | | | Sold | 05/03/11 | K | A | |
| 225. Long Beach | | | | | | | | | |
| 226. Maxcom | | | | | | | | | |
| 227. AMR | | | | | Sold | 03/10/11 | K | C | |
| 228. Volusia County | | | | | | | | | |
| 229. Cohen&Steers | | | | | | | | | |
| 230. Volusia County | | | | | | | | | |
| 231. ING Clarion | | | | | | | | | |
| 232. Avis | | | | | Sold | 06/08/11 | J | A | |
| 233. Neiman Marcus | | | | | Sold | 05/16/11 | L | A | |
| 234. Municipal Mortgage | | | | | | | | | |
| 235. Gramercy Capital Corp. | | | | | | | | | |
| 236. Fammie Mae | | | | | | | | | |
| 237. Allianz | | | | | | | | | |
| 238. ING Group | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Sears | | | | | Sold | 06/14/11 | J | B | |
| 240. Royal Caribbean | | | | | Sold | 05/31/11 | J | B | |
| 241. MGM | | | | | Sold | 06/14/11 | J | A | |
| 242. Akamai Technologies | | | | | | | | | |
| 243. Miami-Dade Hospital | | | | | | | | | |
| 244. Caterpillar | | | | | | | | | |
| 245. GE | | | | | | | | | |
| 246. Florida Keys Aqueduct | | | | | | | | | |
| 247. JEA Bulk Electricity | | | | | | | | | |
| 248. Palm Beach Waste | | | | | | | | | |
| 249. Orange County | | | | | Sold | 12/08/11 | K | A | |
| 250. Hillsborough | | | | | | | | | |
| 251. Miami-Dade County | | | | | Sold | 11/03/11 | L | A | |
| 252. Miami-Dade Aviation | | | | | Buy (add'l) | 05/31/11 | K | | |
| 253. Miami-Dade Aviation | | | | | Buy (add'l) | 06/14/11 | K | | |
| 254. South Miami Health | | | | | | | | | |
| 255. Florida State Education | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Brevard County | | | | | Sold | 12/08/11 | K | C | |
| 257. Florida Gulf Coast | | | | | | | | | |
| 258. SunTrust | | | | | Sold | 08/11/11 | K | B | |
| 259. BAC Capital | | | | | Sold | 06/06/11 | K | C | |
| 260. BP | | | | | Buy (add'l) | 12/05/11 | M | | |
| 261. Brevard County | | | | | | | | | |
| 262. Ft. Myers | | | | | | | | | |
| 263. Miami-Dade Transit | | | | | Sold | 12/20/11 | K | A | |
| 264. Cape Coral | | | | | Sold | 12/20/11 | K | B | |
| 265. New York Development | | | | | | | | | |
| 266. Brevard Health | | | | | | | | | |
| 267. Hernando Beach | | | | | | | | | |
| 268. New Jersey Economic | | | | | | | | | |
| 269. Port St. Lucie | | | | | | | | | |
| 270. BB&T Capital | | | | | | | | | |
| 271. Duval County School | | | | | | | | | |
| 272. Puerto Rico Public | | | | | Sold | 12/20/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Praxair Inc. | | | | | | | | | |
| 274. Port Palm Beach | | | | | | | | | |
| 275. Cape Coral | | | | | | | | | |
| 276. Leon County | | | | | | | | | |
| 277. Lee Mem | | | | | | | | | |
| 278. Gulf Breeze | | | | | Sold | 09/14/11 | L | A | |
| 279. Escambia | | | | | | | | | |
| 280. Indian Trace Community Dev | | | | | | | | | |
| 281. Cape Coral UTL | | | | | Sold (part) | 07/01/11 | J | A | |
| 282. Cape Coral UTL | | | | | Sold (part) | 12/20/11 | K | C | |
| 283. .1 Cape Coral Util | | | | | | | | | |
| 284. S Indian WTR | | | | | | | | | |
| 285. Cape Coral Imp.1 | | | | | | | | | |
| 286. Atlantic Beach FL UTILS | | | | | Sold | 12/08/11 | K | A | |
| 287. N. PLM BCH IMPT | | | | | | | | | |
| 288. Edison Mission | | | | | Sold | 06/01/11 | K | D | |
| 289. Herons | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. IL Fin | | | | | | | | | |
| 291. Bay County FL Sch Brd | | | | | | | | | |
| 292. Martin Co Health | | | | | | | | | |
| 293. Hillsborough Ida | | | | | | | | | |
| 294. Palm Beach Health | | | | | Sold | 12/02/11 | L | A | |
| 295. Leesburg | | | | | | | | | |
| 296. Sumter | | | | | | | | | |
| 297. Jacksonville IMPT | | | | | | | | | |
| 298. Volusia County FL Indl Dev | | | | | | | | | |
| 299. Miramar FLA Cap | | | | | Buy (add'l) | 06/06/11 | K | | |
| 300. Capital PJS | | | | | | | | | |
| 301. Ocoee FLA Wtr&Sewer | | | | | | | | | |
| 302. Highlands Health | | | | | | | | | |
| 303. Volusia County | | | | | | | | | |
| 304. FL State Mid Bay Bridge | | | | | | | | | |
| 305. Lee Mem Hlth | | | | | | | | | |
| 306. Univ Fla | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. FL St Govtl Util | | | | | | | | | |
| 308. Cont'l Airlines | | | | | Sold (part) | 1/1/11 | J | A | |
| 309. Cont'l Airlines | | | | | Sold (part) | 02/01/11 | J | A | |
| 310. Cont'l Airlines | | | | | Sold | 03/01/11 | J | A | |
| 311. SAT Sears Roebuck | | | | | Sold | 07/08/11 | K | B | |
| 312. Halifax | | | | | | | | | |
| 313. FL State ED Sys | | | | | | | | | |
| 314. Univ Cnt Fla | | | | | | | | | |
| 315. Cityplace DEV | | | | | | | | | |
| 316. Port Palm Beach | | | | | | | | | |
| 317. Cape Coral | | | | | | | | | |
| 318. South Indian Riv Wtr | | | | | | | | | |
| 319. Indian Trace | | | | | | | | | |
| 320. Northern Palm Bch Cnty | | | | | | | | | |
| 321. Brevard Health | | | | | | | | | |
| 322. Volusia | | | | | | | | | |
| 323. Escrow Finlay | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. US Concrete Inc. B | | | | | | | | | |
| 325. US Concrete Inc. A | | | | | | | | | |
| 326. U.S. Concrete, Inc. (USCR) | | | | | | | | | |
| 327. Exxon Mobil | | | | | Buy (add'l) | 08/11/11 | K | | |
| 328. Exxon Mobil | | | | | Buy (add'l) | 08/12/11 | J | | |
| 329. Exxon Mobil | | | | | Buy (add'l) | 08/25/11 | K | | |
| 330. Exxon Mobil | | | | | Buy (add'l) | 08/26/11 | K | | |
| 331. Exxon Mobil | | | | | Buy (add'l) | 11/04/11 | L | | |
| 332. Exxon Mobil | | | | | Buy (add'l) | 11/14/11 | L | | |
| 333. Exxon Mobil | | | | | Sold | 12/05/11 | M | D | |
| 334. Google | | | | | | | | | |
| 335. Highlands Health | | | | | | | | | |
| 336. Univ Fla Resh | | | | | | | | | |
| 337. Windstream | | | | | | | | | |
| 338. Guggenheim | | | | | | | | | |
| 339. Ares Capital | | | | | Sold | 06/08/11 | J | A | |
| 340. Avery Dennison | | | | | Sold | 07/18/11 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. IBM | | | | | | | | | |
| 342. Nuveen | | | | | | | | | |
| 343. Deutsche Bank | | | | | Sold | 05/16/11 | K | B | |
| 344. HCA | | | | | | | | | |
| 345. Avis Budget Car | | | | | Sold | 08/11/11 | K | A | |
| 346. Cityplace | | | | | | | | | |
| 347. Bay Cnty Fl Sales Tax Rev(X) | | | | | Buy | 05/17/11 | K | | |
| 348. Cape Coral FL SPL Oblig Rev(X) | | | | | Buy | 07/22/11 | K | | |
| 349. Chesapeake Granite Wash Tr(X) | | | | | Buy | 11/15/11 | L | | |
| 350. Chesapeake Granite Wash Tr(X) | | | | | Buy (add'l) | 12/02/11 | M | | |
| 351. Chesapeake Granite Wash Tr(X) | | | | | Sold | 12/27/11 | M | E | |
| 352. Chevron Corporation New(X) | | | | | Buy | 08/11/11 | K | | |
| 353. Chevron Corporation New(X) | | | | | Buy (add'l) | 08/12/11 | K | | |
| 354. Chevron Corporation New(X) | | | | | Buy (add'l) | 08/25/11 | K | | |
| 355. Chevron Corporation New(X) | | | | | Buy (add'l) | 08/26/11 | K | | |
| 356. Chevron Corporation New(X) | | | | | Buy (add'l) | 11/04/11 | L | | |
| 357. Chevron Corporation New(X) | | | | | Buy (add'l) | 11/21/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Chevron Corporation New(X) | | | | | Sold (part) | 11/08/11 | M | D | |
| 359. Chicago ILL, GO BDS(X) | | | | | Buy | 06/15/11 | K | | |
| 360. Chicago IL o Hare Intl Arpt Re(X) | | | | | Buy | 06/06/11 | K | | |
| 361. Chicago IL o Hare Intl Arpt Re(X) | | | | | Buy (add'l) | 06/15/11 | K | | |
| 362. Clay Cnty Sch Brd Ctf Partn(X) | | | | | Buy | 04/26/11 | K | | |
| 363. Conocophillips(X) | | | | | Buy | 11/07/11 | L | | |
| 364. Conocophillips(X) | | | | | Buy (add'l) | 11/09/11 | L | | |
| 365. Conocophillips(X) | | | | | Buy (add'l) | 11/30/11 | L | | |
| 366. Conocophillips(X) | | | | | Buy (add'l) | 12/08/11 | M | | |
| 367. Dallas Fort TX Intl Arpt(X) | | | | | Buy | 07/18/11 | K | | |
| 368. Deutsche Bank Capital Funding(X) | | | | | Buy | 11/03/11 | K | | |
| 369. District Columbia Ballpark Rev(X) | | | | | Buy | 10/31/11 | K | | |
| 370. Ford MTR Company Del COM PAR(X) | | | | | Buy | 10/04/11 | K | | |
| 371. Ford MTR Company Del COM PAR(X) | | | | | Buy (add'l) | 11/07/11 | K | | |
| 372. Ford MTR Company Del COM PAR(X) | | | | | Buy (add'l) | 11/18/11 | L | | |
| 373. Ford MTR Company Del COM PAR(X) | | | | | Buy (add'l) | 12/08/11 | K | | |
| 374. Hawaii ST Arpts Sys Rev(X) | | | | | Buy | 07/22/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Hernando Cnty Fl Sch Brd CTF(X) | | | | | Buy | 08/15/11 | K | | |
| 376. Hudson YDS Infrastructure Corp(X) | | | | | Buy | 06/17/11 | K | | |
| 377. Hudson YDS Infrastructure Corp(X) | | | | | Buy (add'l) | 09/21/11 | L | | |
| 378. Illinois Fin Auth Rev(X) | | | | | Buy | 08/25/11 | K | | |
| 379. Indiana Mun PWR AGY PWR Supply(X) | | | | | Buy | 06/14/11 | L | | |
| 380. Jacksonville FL SPL Rev(X) | | | | | Buy | 06/21/11 | L | | |
| 381. LRR Energy LP(X) | | | | | Buy | 12/29/11 | M | | |
| 382. Lake Cnty FL Sch Brd CTF Partn(X) | | | | | Buy | 04/12/11 | K | | |
| 383. Leggett & Platt Incorporated(X) | | | | | Buy | 07/19/11 | K | | |
| 384. Merck & Company Incorporated(X) | | | | | Buy | 08/01/11 | K | | |
| 385. Metropolitan Pier & Exposition(X) | | | | | Buy | 06/28/11 | M | | |
| 386. Metropolitan Pier & Exposition(X) | | | | | Buy (add'l) | 09/14/11 | L | | |
| 387. Miami-Dade Cnty FL Sch Brd CTF(X) | | | | | Buy | 06/01/11 | K | | |
| 388. Miami-Dade Cnty FL Expy Auth (X) | | | | | Buy | 06/01/11 | K | | |
| 389. New York Convention Ctr Dev Co(X) | | | | | Buy | 06/08/11 | K | | |
| 390. Northern IL Mun Pwr Agy Pwr Pr(X) | | | | | Buy | 06/15/11 | K | | |
| 391. Orlando & Orange Cnty Expy Aut(X) | | | | | Buy | 05/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Orlando & Orange Cnty Expy Aut(X) | | | | | Buy (add'l) | 05/16/11 | K | | |
| 393. Orlando & Orange Cnty Expy Aut(X) | | | | | Buy (add'l) | 06/15/11 | K | | |
| 394. Pembroke Pine FL CAP Impt Rev(X) | | | | | Buy | 05/12/11 | K | | |
| 395. Pennsylvania St Higher EDL Fac(X) | | | | | Buy | 05/09/11 | K | | |
| 396. Port St. Lucie Fl Lease Rev(X) | | | | | Buy | 05/02/11 | K | | |
| 397. Port St. Lucie Fl Lease Rev(X) | | | | | Sold | 12/02/11 | L | B | |
| 398. Port St. Lucie Fl Research Faci(X) | | | | | Buy | 06/15/11 | K | | |
| 399. Southern Copper Corporation(X) | | | | | Buy | 11/15/11 | L | | |
| 400. Southern Copper Corporation(X) | | | | | Buy (add'l) | 12/01/11 | L | | |
| 401. Southern Copper Corporation(X) | | | | | Buy (add'l) | 12/08/11 | L | | |
| 402. Univeristy Medicine & Dentisty(X) | | | | | Buy | 07/18/11 | K | | |
| 403. Washington DC Convention CTR(X) | | | | | Buy | 06/02/11 | L | | |
| 404. Seadrill Limited(X) | | | | | Buy | 10/04/11 | K | | |
| 405. Seadrill Limited(X) | | | | | Buy (add'l) | 10/05/11 | K | | |
| 406. Seadrill Limited(X) | | | | | Sold | 10/20/11 | L | D | |
| 407. Transocean Limited Reg SHS(X) | | | | | Buy | 12/28/11 | M | | |
| 408. International Business(X) | | | | | Buy | 01/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. International Business(X) | | | | | Sold | 08/18/11 | L | F | |
| 410. Deutsche Bank Capital Funding(X) | | | | | Buy | 01/01/11 | K | | |
| 411. Deutsche Bank Capital Funding(X) | | | | | Sold | 05/16/11 | K | A | |
| 412. Columbia/HCA HealthCare Corp(X) | | | | | Buy | 01/01/11 | K | | |
| 413. Columbia/HCA HealthCare Corp(X) | | | | | Sold | 06/14/11 | K | B | |
| 414. Dole Food Company, Inc.(X) | | | | | Buy | 01/01/11 | K | | |
| 415. Dole Food Company, Inc.(X) | | | | | Sold | 05/31/11 | K | C | |
| 416. Florida ST Brd Ed Cap Outlay(X) | | | | | Buy | 01/01/11 | J | | |
| 417. Florida ST Brd Ed Cap Outlay(X) | | | | | Sold | 11/04/11 | J | A | |
| 418. Fort Myers Fl Impt Rev(X) | | | | | Buy | 01/01/11 | K | | |
| 419. Fort Myers Fl Impt Rev(X) | | | | | Sold | 12/20/11 | K | B | |
| 420. JEA Fl Wtr & Swr Sys Rev(X) | | | | | Buy | 01/01/11 | K | | |
| 421. JEA Fl Wtr & Swr Sys Rev(X) | | | | | Sold | 09/07/11 | K | A | |
| 422. Motorola Mobility Hldgs(X) | | | | | Buy | 01/01/11 | K | | |
| 423. Motorola Mobility Hldgs(X) | | | | | Sold | 07/18/11 | K | A | |
| 424. Motorola Solutions Inc(X) | | | | | Buy | 01/01/11 | J | | |
| 425. Motorola Solutions Inc(X) | | | | | Sold | 01/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  Estate #1 | B | Interest | M | T | | | | | |
| 427.  Estate #1 | C | Dividend | M | T | | | | | |
| 428. ▢ Walt Disney | | | | | | | | | |
| 429. ▢ Donald. F. Rubin, INC. | | | | | | | | | |
| 430. ▢ IBM | | | | | | | | | |
| 431. ▢ Bristol Myers | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 8/5/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:
THE FOLLOWING LINE ITEM NUMBERS FROM THE 2010 REPORT WERE NOT INCLUDED IN THE 2011 REPORT AS THEY WERE MARKED DISTRIBUTED AND/OR REDEEMED IN 2010 AND WERE NOT HELD IN 2011.
LINE ITEMS: 42, 43, 120, 186, 214, AND 399 FROM THE 2010 REPORT.

RESPECTFULLY,
AJC

# FINANCIAL DISCLOSURE REPORT

Page 32 of 32

Name of Person Reporting

CRISTOL, A. J.

Date of Report

8/5/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544